Richard F. Armknecht, III,  Nevada Bar Number 5205
ARMKNECHT & COWDELL, P.C., Attorneys for Plaintiffs
364 West 120 South
Lindon, Utah 84042
Telephone: (801) 796-0901  Fax No.: (413) 825-8570
email: adalaw@att.net

Carolyn Ellsworth, Esq. (designated for service per LR IA 10-1(b))
1100 E. Bridger Ave., Las Vegas, NV 89101
FAX: (702) 366-1864

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| DISABLED RIGHTS ACTION COMMITTEE, a Utah nonprofit corporation;<br><br>       Plaintiff,<br><br>vs.<br><br>PROFESSIONAL RODEO COWBOYS ASSOCIATION, a Colorado corporation; LAS VEGAS EVENTS, INC., a Nevada nonprofit corporation; PROFESSIONAL BULL RIDERS, INC., a Colorado corporation; THE STATE OF NEVADA, ex rel. THE UNIVERSITY AND COMMUNITY COLLEGE SYSTEM OF NEVADA on behalf of THE UNIVERSITY OF NEVADA LAS VEGAS and THE THOMAS AND MACK CENTER; DAREN LIBONATI, individually and in his official capacity as DIRECTOR OF THE THOMAS & MACK CENTER; JIM ROGERS, individually and in his official capacity as CHANCELLOR OF THE BOARD OF REGENTS OF THE UNIVERSITY AND COMMUNITY COLLEGE SYSTEM OF NEVADA; and CAROL C. HARTER,  individually and in her official capacity as PRESIDENT OF THE UNIVERSITY OF NEVADA, LAS VEGAS.<br><br>       Defendants. | CASE NO.:<br>CV-S- 00-1170-HDM (PAL)<br><br>**NOTICE OF DISMISSAL (WITHOUT PRDJUDICE) OF ALL CLAIMS AGAINST PROFESSIONAL BULL RIDERS,  INC**. |

Plaintiff, Disabled Rights Action Committee, a Utah nonprofit corporation

("DRAC"), by and through its attorneys, the law firm of Armknecht & Cowdell, P.C., hereby gives notice that DRAC (pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure) herewith dismisses all claims against PROFESSIONAL BULL RIDERS, INC. in the above-captioned action. Such dismissal is made WITHOUT prejudice.

RESPECTFULLY SUBMITTED this 10th day of May, 2006.

ARMKNECHT & COWDELL, P.C.

By: /s/ Richard F. Armknecht
    Richard F. Armknecht, III, Esq.
    Attorneys for Plaintiff