**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DISABLED RIGHTS ACTION COMMITTEE, a Utah nonprofit corporation, | ) ) ) | 2:00-cv-01170-HDM-PAL |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| PROFESSIONAL RODEO COWBOYS ASSOCIATION, *et. al*, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the stipulation of all remaining parties (#106), this action is **DISMISSED WITH PREJUDICE**. Each party will bear their own costs and fees.

**IT IS SO ORDERED**.

DATED: This 2nd day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE